In the Matter of Bernard G. WINSBERG.

UNITED STATES of America,
Plaintiff and Appellee,

v.

Allen Lyle HEINRICH, Appellant.

No. 71–1401.

United States Court of Appeals,
Ninth Circuit.

Aug. 6, 1971.

---

Before CHAMBERS and BARNES, Circuit Judges, and BYRNE, Senior District Judge.

ORDER ASSESSING PENALTY

PER CURIAM:

After a hearing, Bernard G. Winsberg, counsel for appellant Heinrich, is assessed a penalty of $200 for failure to prosecute the appeal with diligence, particularly with reference to filing his opening brief promptly. This failure occurred notwithstanding District Judge Irving Hill's order on February 1, 1971 (made while fixing the amount of bail) as follows: "By the way, the setting of bail on appeal is also conditioned on prompt prosecution of the appeal."

The payment will be made within 14 days after the filing of the within order, the sum to be paid into the Registry of the United States District Court for the Central District of California. The assessment is made pursuant to Rule 46(c), Federal Rules of Appellate Procedure.

Nathan A. CORMIE, and his wife Addie B. Cormie, Plaintiff-Appellee-Cross-Appellant,

v.

SECURITY INSURANCE COMPANY OF HARTFORD, Defendant-Appellant-Cross-Appellee.

No. 71–1918
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 1971.

---

P. A. Bienvenu, New Orleans, La., Timothy J. McNamara, Davidson, Meaux, Onebane & Donahue, Lafayette,

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

La., Bienvenu & Culver, New Orleans, La., for defendant-appellant.

Robert E. Morgan, Lake Charles, La., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Brennan, Fort Pierce, Fla., for defendants-appellees.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Keith Leroy DAVIDSON, Petitioner-Appellant,**

v.

**Hoyt C. CUPP, Respondent-Appellee.**

No. 71-1345.

United States Court of Appeals, Ninth Circuit.

July 20, 1971.

**William E. GODWIN, Plaintiff-Appellant,**

v.

**Curtis PHELPS and the City of Okeechobee, Florida, Defendants-Appellees.**

No. 71-1670
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 17, 1971.

F. Malcolm Cunningham, Cunningham & Cunningham, West Palm Beach, Fla., for plaintiff-appellant.

J. Edward Curren, Okeechobee, Fla., Carlton, Brennan & McAliley, John T.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; See Isbell Enterprises Inc., v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.